■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SANTANA, Appellant. [895 NYS2d 754]—Appeal by the

defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Grosso, J.), imposed September 15, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Angiolillo, Belen and Roman, JJ., concur.